D+F

Jane Simkin Smith
Attorney At Law
P.O. Box 1277
Millbrook, New York 12545
845 724 3415
Fax: 845-724-3417

June 30, 2006

Hon. Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Nicholas v. Smith, 02 CV 6411 (ARR)

Dear Judge Ross:

    I have now received a full copy of the documents, and write to advise the Court of the following schedule that Assistant District Attorney Camille O'Hara Gillespie and I have agreed upon for briefing in the above-entitled matter. I shall file Petitioner's papers by September 15, 2006; Respondent's papers will be filed 60 days later (on or before November 15), and any reply papers will be filed 14 days later (on or before November 29, 2006).

Sincerely,

*Jane Simkin Smith*

Jane Simkin Smith

Cc: Camille O'Hara Gillespie, ADA
Renaissance Plaza at 350 Jay St.
Brooklyn, N.Y. 11201-2908

The joint proposed briefing schedule is adopted.
So ordered.

_____  7/7/06

cc: parties